MOBILE ITEM CO v. STATE EX REL. ATTORNEY GENERAL.

(Decided May 13, 1915.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

GREGORY L. & H. T. SMITH, for appellant. W. L.

MARTIN, Attorney General, and S. D. WEAKLEY, for appellee.

Per curiam. Affirmed on authority of State ex rel v. Delaye, 193 Ala. 68 South. 993.

All the Justices concur.